**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JACINTA NDASI ANIM                     CASE NO.  3:26-CV-00684 SEC P

VERSUS                                         JUDGE EDWARDS

LISA BOWEN ET AL                        MAG. JUDGE DAVID J. AYO

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), noting no objection thereto, and finding that the recommendation is correct under applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus is **GRANTED** and that the Petitioner, Jacinta Ndasi Anim, be released under appropriate conditions no later than 5:00 pm on Thursday, June 11, 2026.

THUS DONE in Chambers on this 10th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE